UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60026-Civ-Seitz/O'Sullivan

ROMAIN MOISE,

    Plaintiff,

v.

CREDIT CONTROL SERVICES, INC.
d/b/a CREDIT COLLECTION SERVICES,

    Defendant.
_____/

## REPORT OF MEDIATION

A mediation conference was held on May 11, 2011, in the above-captioned matter. Mediator DANIEL R. LEVINE conducted the proceedings. The parties were present as indicated by their signatures below.

✓   There was an impasse.
___  A partial agreement was reached.
___  A complete agreement was reached.
___  The mediation was continued until _____

_____    _____
Plaintiff                                       Defendant

_____    _____
Plaintiff's Counsel                       Defendant's Counsel

5-11-11
_____
DATE

_____
DANIEL R. LEVINE, ESQ.
Mediator