UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60026-CIV-PAS

ROMAIN MOISE,

    Plaintiff,

v.

CREDIT CONTROL SERVICES, INC.,

    Defendant.
_____/

## ORDER ON INFORMAL DISCOVERY CONFERENCE

This matter came before the Court on an informal discovery conference held before the undersigned on May 25, 2011. The Honorable Patricia A. Seitz has referred all discovery in this case to the undersigned Magistrate Judge (DE ## 7, 13). The discovery conference concerned No. 23 of Plaintiff's Request for Production, which calls for "All litigation filed against the Defendant alleging violations of the Telephone Consumer Protection Act." The Court ruled on this discovery matter at the conference, stating the reasons for the ruling on the record. This Order sets forth this ruling, summarizes the reasons for it stated at the conference, and incorporates by reference such reasons.

As recognized by *Edeh v. Midland Credit Mgmt., Inc.*, 748 F.Supp.2d 1030, 1045 (D. Minn. 2010), information about whether a debt collector has previously been sued, sanctioned, or found liable for violating the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"), can be relevant to whether a debt collector's violation of the TCPA was willful or knowing under 47 U.S.C. §227(b)(3). Therefore, having heard from the parties, and for the reasons stated on the record, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant shall produce to Plaintiff, on or before Tuesday, May 31, 2011, copies of judgments against Defendant from state and federal court for TCPA violations.

2. Unless the parties enter into a stipulation that obviates the need for the requested information, Defendant shall produce to Plaintiff, on or before Wednesday, June 8, 2011, a list of cases in which Defendant was sued by individual consumers in connection with efforts to collect debts. The list shall cover cases filed between January 5, 2007, and January 5, 2010, in state and federal courts. The list shall include the following information for each case: (a) the parties, (b) the case number, and (c) the court. Defendant is permitted but is not required to limit this list to cases concerning violations of the TCPA. Based upon the limited relevance of this information and the argument of Defendant concerning burdensomeness, and considering the amount in controversy in this case, Defendant may seek to limit this Order and make a more detailed showing of burden, if appropriate, at a further discovery conference.

3. Therefore, the Court has reserved time for an informal telephonic discovery conference regarding production of this list on Wednesday, June 1, 2011, at 11:30 a.m. If either party believes this discovery conference is necessary, that party shall contact chambers by Tuesday, May 31, 2011, at 11:00 a.m., and the scheduled discovery conference shall be held. Counsel for the party seeking to set the discovery conference shall initiate the conference call to the chambers of the undersigned (305-523-5930) with opposing counsel on the line. If the Court is not timely notified of the need for this conference, it will be taken off calendar.

**DONE AND ORDERED** in Miami, Florida, on May 27, 2011.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

**Copies furnished via CM/ECF to:**
Counsel of Record