# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 11-60026-CIV-SEITZ/SIMONTON

ROMAIN MOISE,

        Plaintiff,

v.

CREDIT CONTROL SERVICES, INC.,

        Defendant.

_____/

## VERDICT

We, the Jury, unanimously find, by a greater weight of the evidence:

**Question 1:**   Did Plaintiff provide his cellular telephone number to Quest Diagnostics, Inc. or otherwise give his prior express consent to have Quest Diagnostics contact him on his cell phone?

Yes _____

No   _____

If your answer to Question 1 is "Yes" proceed no further.  Instead, have your foreperson sign and date the verdict form and notify the Court that you have reached a verdict. If your answer to Question 1 is "No," then answer Question 2.

**Question 2:**   What is the number of telephone calls Credit Control Services, Inc. placed to Plaintiff's cellular telephone using either an automatic telephone dialing system or a pre-recorded or artificial voice?


Number of calls

If your answer to Question 2 is zero do **not** answer Questions 3 or 4, and go to Question 5. If your answer to Question 2 is any number greater than zero, then answer Question 3.

**Question 3:**   Did Defendant willfully or knowingly violate the TCPA?

Yes ____✓____

No _____

If your answer to Question 3 is "Yes," then answer Question 4. If your answer to Question 3 is "No" do **not** answer Question 4.  Instead, proceed to Question 5.

**Question 4:**   For each violation of the TCPA that Defendant willfully or knowingly committed, you may award Plaintiff between $0 and $1,000.  What sum of money, if any, should be awarded to Plaintiff based upon Defendant willfully or knowingly violating the TCPA? Answer in dollars and cents.

Answer: $____1.00____ per telephone call

**Question 5:**   Did Defendant violate the Fair Debt Collection Practices Act by engaging in conduct the natural consequence of which was to harass, oppress or abuse the Plaintiff?

Yes _____

No ____✓____

If your answer to Question 5 is "Yes" answer Question 6. If you answer to Question 5 is "No" proceed no further.  Have your foreperson sign and date this Verdict Form.

**Question 6:**   What sum of money do you award Plaintiff for Defendant's violation of the Fair Debt Collection Practices Act? You may award between $0 and $1,000.00. Answer in dollars and cents.

Answer: $_____

SO SAY WE ALL THIS __26ᵗʰ__ day of __october__, 2011.

_____

PRINTED NAME OF FOREPERSON

_____

SIGNATURE OF FOREPERSON

2