**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 11-60026-CIV-SEITZ/SIMONTON

ROMAIN MOISE,

       Plaintiff,

v.

CREDIT CONTROL SERVICES, INC.,

       Defendant.

_____/

## FINAL JUDGMENT

Pursuant to the jury verdict entered on October 26, 2011, it is hereby

ORDERED that

Judgment is entered in favor of Plaintiff, Romain Moise, and against, Defendant, Credit

Control Services, Inc., on Plaintiff's Telephone Consumer Protection Act claim in the amount of

$11, 523.00.  Judgment is entered in favor of Defendant, Credit Control Services, Inc., and

against Plaintiff, Romain Moise, on Plaintiff's Fair Debt Collection Practices Act claim

DONE and ORDERED in Miami, Florida, this 27 day of October, 2011.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record